UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DIRECT LINE CORPORATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 3:10-cv-0423 |
| vs. | ) Judge Trauger |
| | ) Magistrate Judge Knowles |
| MICHAEL L. CARRINGTON and | ) |
| | ) |
| JOHN DOE(s) | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## ~~PROPOSED~~ ORDER GRANTING
## MOTION FOR LEAVE TO FILE EXPEDITED DISCOVERY

Upon Motion of the Plaintiff, Direct Line Corporation, for leave to obtain expedited discovery from the Defendant, Michael L. Carrington, and for the reasons set forth therein, Plaintiff's Motion is granted.

IT IS SO ORDERED.

_[signature]_

### CERTIFICATE OF SERVICE

I, Fred J. Bissinger, hereby certify that a true and exact copy of the foregoing Proposed Order Granting Motion for Leave to File Expedited Discovery has been served contemporaneously with the Complaint heretofore filed with the United States District Court Clerk's Office.

_[signature]_
Fred J. Bissinger