UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| Direct Line Corporation, | ) | Case No. 3:10-cv-0423 |
| | ) | Judge Trauger |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Michael L. Carrington, | ) | |
| | ) | |
| Defendant. | ) | |

DENIAL OF ENTRY OF DEFAULT

Pending is Plaintiff's Motion for Entry of Default against Defendant (Docket Entry No. 10). Defendant has filed an "Answer to Motion for Entry of Default" (Docket Entry No. 12). In his response, Defendant states he never received the service of summons and that he no longer resides at the address to which it was sent. No default will be entered under these circumstances at the present time. Defendant is advised that he must promptly answer the allegations in the Complaint against him. If the service date is taken to be June 14, 2010, as stated by Defendant in his response, then the time for Defendant to file an Answer will expire on July 5, 2010. If Defendant has not filed an Answer by that date, Plaintiff may file a renewed motion for entry of default.

Plaintiff's motion is denied for the reasons stated above.

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court

1