# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| DIRECT LINE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0423 |
| | ) | Judge Trauger |
| MICHAEL L. CARRINGTON and | ) | Magistrate Judge Knowles |
| JOHN DOE(S), | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On December 6, 2010, the magistrate judge issued a Report and Recommendation (Docket No. 53), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of facts and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's "Motion for Relief Based Upon Defendant's Failure to Comply with a Court Order" (Docket No. 44) is DENIED.

It is so **ORDERED.**

Enter this 25th day of February 2011.

_____
ALETA A. TRAUGER
U.S. District Judge