IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DIRECT LINE CORPORATION, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL L. CARRINGTON and )<br>JOHN DOE(S), )<br>)<br>    Defendants. ) | Case No. 3:10-0423<br>Judge Trauger |

## ORDER

For the reasons explained in the accompanying Memorandum, defendant Carrington's Objections (Docket No. 109) to the Magistrate Judge's *sua sponte* Report & Recommendation (Docket No. 104) are **SUSTAINED,** and the Report & Recommendation is **REJECTED** in total.

Additionally, the Magistrate Judge's June 1, 2011 Order (Docket No. 89) that deemed admitted 226 requests for admission is hereby **VACATED.** In light of this, the defendant's Motion for Reconsideration (Docket No. 96) of that Order is **DENIED AS MOOT.**

The defendant's Motion for Extension (Docket No. 68) is **GRANTED.** From the date of this Order, the defendant shall have 30 days to respond to all outstanding discovery, including the 226 requests for admission. After the expiration of that 30-day window, the plaintiff may renew any discovery objections, and the parties shall confer with Judge Knowles regarding the status of discovery, the entry of a new scheduling order, and a trial date. While this matter is referred back to Judge Knowles, he should refrain from ruling on the pending Motion to Compel (Docket No. 84) until the status of discovery becomes more clear following the expiration of the

30-day window.

It is so ordered.

Enter this 25th day of July 2011.

ALETA A. TRAUGER
United States District Judge