IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

RECEIVED IN CLERK'S OFFICE
DEC 0 5 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

| | | |
|---|---|---|
| Direct Line Corporation | ) | No. 3:10-00423 |
| | ) | |
| v. | ) | Judge Trauger |
| | ) | |
| Michael L Carrington, et al | ) | Magistrate Judge |
| | ) | |

**Motion DENIED.** *(signature)*

## Defendant's Rule 72 Appeal to Magistrate Judges Denial of Defendant's Motion For Continuance of Hearing to A Date Between January 9th, 2013 and January 18th, 2013

Comes the Defendant, Michael Carrington (hereinafter "Defendant"), and hereby moved that this Honorable Court to move the pending December 11, 2012 hearing date to an available date between January 9th and January 18th, 2013. As stated before I have business commitments that cannot be moved again. See attachment #1 email sent to Plaintiff immediately upon receiving Plaintiff's notice of the hearing date. See attachment #2, #3, #4 are copy of email with client re-confirming, copy of clients billing for Deceember 2012 reminding him of meeting, and the agenda of our training.

I originally requested a continuance of the hearing date as last scheduled and when the court denied that request **I had already rescheduled the client's commitment when I didn't hear back for weeks, and cannot delay it again.** This training is for the 2013 year beginning changes to the website and SEO proforma and this date is a hard date. I told the court clerk when the last date had to be cancelled due to Hurricane Sandy and the thousands of cancelled flights that I need a minimum of 2 weeks notice and to please check availability before issuing an order since my year ending is the busiest