IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DIRECT LINE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0423 |
| | ) | Judge Trauger |
| MICHAEL L. CARRINGTON and | ) | Magistrate Judge Knowles |
| JOHN DOE(S), | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The defendant's Motion to Set Aside Default Judgment (Docket No. 252) is **DENIED**. In addition to rehashing his prior arguments, the defendant admits that he has not read orders issued by the court and that that somehow excuses his conduct in this case. No valid grounds for setting aside the default judgment are proffered in this motion, and it is without merit.

It is so **ORDERED.**

Enter this 1st day of July 2013.

_____
ALETA A. TRAUGER
U.S. District Judge