UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DIRECT LINE CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:10-cv-0423 |
| MICHAEL L. CARRINGTON and JOHN DOE(S), | ) | Judge Trauger |
| Defendants. | ) | |

## ORDER

Judgment in favor of the plaintiff was entered on June 6, 2013. The defendant has filed his timely Notice of Appeal (ECF No. 254).

The defendant, however, did not submit the $455 appellate filing fee along with his notice of appeal, or an application to appeal *in forma pauperis*. The defendant is hereby given notice that, within **30 DAYS** after service of this notice, he **MUST** either submit to this court the $455 appellate filing fee **or** a properly supported motion to pursue his appeal *in forma pauperis* that complies with Rule 24(a)(1) of the Federal Rules of Appellate Procedure.

The defendant is notified that failure to comply with this order may result in the dismissal of his appeal.

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge