**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **DIRECT LINE CORPORATION** )<br>)<br>**Plaintiff,** )<br>)<br>)<br>vs. )<br>)<br>)<br>)<br>**MICHAEL L. CARRINGTON and** )<br>**JOHN DOE(s),** )<br>)<br>**Defendants.** ) | **CASE NO. 3:10-0423**<br>**JUDGE TRAUGER/KNOWLES**<br><br>**JURY TRIAL DEMANDED** |

## ORDER

On April 21, 2014, Judge Trauger entered an Order regarding a hearing exhibit that was accepted into evidence by the undersigned during a May 1, 2012 hearing held in this action. Docket No. 274. At the time Judge Trauger entered her Order, the referenced exhibit could not be located by the Court. Judge Trauger, therefore, directed Plaintiff to file electronically a complete set of the documents that were part of the notebook and to do so within fourteen (14) days of the entry of her Order. Judge Trauger further required that the notebook exhibit be accompanied by counsel's affidavit or declaration certifying that the exhibit is a true and correct copy of the exhibit admitted into evidence at the May 1, 2012, hearing. Judge Trauger's Order stated, "Once it has been filed, the exhibit SHALL be deemed part of the record of this court for purposes of appeal." Docket No. 274.

Plaintiff's counsel complied with Judge Trauger's Order on April 22, 2014. Docket No. 276.

Apparently in the interim, the original notebook submitted at the May 1, 2012 hearing was located. That original notebook, therefore, is officially made part of the record on appeal.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge